**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  
TENAY F. CASEY

Chapter 13

Debtor    Bankruptcy No. 20-10976-ELF

# **O R D E R**

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

Date: September 7, 2021

_____  
Honorable Eric L. Frank  
Bankruptcy Judge

William C. Miller, Trustee  
P.O. Box 40837  
Philadelphia, PA 19107

Debtor's Attorney:  
ZACHARY PERLICK, ESQ.  
1420 WALNUT ST  
SUITE 718  
PHILADELPHIA, PA 19102-

Debtor:  
TENAY F. CASEY

211 HAMILTON AVE.

DARBY, PA 19023-